SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
737 Tehama Street, No. 3
San Francisco, CA. 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431
scott@sugarmanandcannnon.com

Attorneys for Defendant
    CHONTHICHA JAEMRATANASOPHIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 14-0527 RS |
| Plaintiff, | ) | |
| v. | ) | AMENDED **STIPULATION AND** [~~PROPOSED~~] **ORDER** |
| YA HUAI HUNG, ROBERT CHUN, JIE MU, LAURENCE SHU KWAN LEE, KEVIN HARTIG, ANGELINA CHUONG, and CHONTHICHA JAEMRATANASOPHIN, | ) ) ) ) | **RE CONTINUANCE OF STATUS HEARING AND EXCLUSION OF TIME UNDER THE) SPEEDY TRIAL ACT, 18 U.S.C. § 3161** |
| Defendants. | ) | |

The above-named defendants are presently set to appear for a Status Conference before this Court on August 30, 2016 at 2:30 p.m.

All undersigned defense counsel and the Government stipulate to the following:

1. Defendant Waylen Fong has pled guilty and has been sentenced. Defendant Allen Fong has pled guilty and is scheduled for sentencing in October 2016.

2. The government has provided proposed plea agreements to all defendants before the Court in this matter who have not already entered into a plea agreement or pled to the pending charges. The proposed plea agreements contain individualized, lengthy and detailed statements regarding

the alleged factual bases for each defendant's guilt.  The preparation of each proposed plea agreement required the government to conduct a review of the voluminous discovery, including financial records, and requires a similar lengthy review by each defense counsel.  The parties are conducting negotiations based on those proposed plea agreements, but the parties need additional time to investigate the factual proffers and determine if any, some or all remaining defendants will enter a plea agreement with the government.

3. The remaining Defendants Ya Huai Hung, Jie Mu, Laurence Shu Kwan Lee, Kevin Hartig, Robert Chun, Angelina Chuong, and Chonthicha Jaemratanasophin are scheduled for a Status Conference on August 30, 2016 at 2:30 p.m.

4. Due to the complexity of the this case, the need for defense counsel to investigate the factual proffers in the proposed plea agreements through further review of the voluminous discovery, and the need for additional time for the government and defense counsel to continue their negotiations that may result in plea agreements for one or more of the remaining defendants, the signatory parties STIPULATE that the August 30, 2016 Status Conference for the above-named defendants should be continued to October 11, 2016 at 2:30 p.m., and that the failure to grant such a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The author of this Stipulation, Scott A. Sugarman, has tried several times to reach Alan Dressler, counsel for defendant Lawrence Shu Kwan Lee, by both telephone and email to secure his consent to this Stipulation but Mr. Dressler has no responded.  Government counsel, AUSA Douglas, advised that she provided a proposed plea agreement to Mr. Dressler approximately a month ago.  Mr. Dressler advised Ms. Douglas that he was going on vacation and would need

additional time for effective preparation of counsel.  Because Mr. Dressler has not directly approved this Stipulation, counsel has removed his signature from this Stipulation.

5. The signatory parties further STIPULATE that the time from August 30, 2016 through October 11, 2016 should be excluded based upon the complexity of the case in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendants in a speedy trial and for effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO STIPULATED

DATED: August 29, 2016            /s/ Mark Goldrosen
                                  MARK GOLDROSEN
                                  Attorney for Defendant JIE MU

DATED: August 29, 2016            /s/ Robert F. Waggener
                                  ROBERT F. WAGGENER
                                  Attorney for Defendant YA HUAI HUNG

DATED: August 29, 2016            /s/ Seth P. Chazin
                                  SETH P. CHAZIN
                                  Attorney for Defendant KEVIN HARTIG

DATED: August 29, 2016            /s/ K. Alexandra McClure
                                  K. ALEXANDRA MCCLURE
                                  Attorney for Defendant ANGELINA
                                      CHUONG

DATED: August 29, 2016            /s/ Randall Gary Knox
                                  Attorney for Defendant ROBERT CHUN

DATED: August 29, 2016            /s/ Scott A. Sugarman
                                  SCOTT A. SUGARMAN
                                  Attorney for Defendant CHONTHICHA
                                      JAEMRATANASOPHIN

DATED: August 29, 2016                    /s/ Deborah R. Douglas
                                         DEBORAH R. DOUGLAS
                                         Assistant United States Attorney

**ORDER**

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the above-captioned matters for all defendants ~~except Lawrence Shu Kwan Lee~~ shall be continued to October 11, 2016 at 2:30 p.m. and that the time from August 30, 2016 to October 11, 2016 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(B)(ii), and 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) the above-captioned matters are complex based upon the nature of the prosecution; (B) failure to grant the continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (C) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

DATED: August 29, 2016                    _____
                                         HONORABLE RICHARD SEEBORG
                                         UNITED STATES DISTRICT JUDGE