BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR 14-527-2 RS |
| ) | CR 14-527-5 RS |
| v. ) | CR 14-527-6 RS |
| ) | CR 14-527-10 RS |
| YA HUAI HUNG, ) | |
| JIE MU, ) | STIPULATION AND [PROPOSED] ORDER FOR |
| LAURENCE SHU KWAN LEE, and ) | A CONTINUANCE AND EXCLUSION OF TIME |
| CHONTHICHA JAEMRATANASOPHIN, ) | UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. |
| ) | § 3161 ET. SEQ |
| Defendants. ) | |

    The United States of America, by and through its attorney of record, and the above-captioned defendants ("defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

    1.    For the reasons stated in open court on December 7, 2016, and upon the parties' request, the Court continued the matters involving defendants Ya Huai Hung, Jie Mu, and Laurence Shu Kwan Lee to February 14, 2017 at 2:30 p.m. for status or change of plea**,** and excluded time under the Speedy Trial Act from December 7, 2016 through February 14, 2017.  In addition, upon the parties' request, the Court continued the matter involving defendant Chonthicha Jaemratanasophin to December 21, 2016 at

Stipulation and Order
CR 14-527 RS

1  2:30 p.m. for change of plea, and excluded time under the Speedy Trial Act from December 7, 2016
2  through December 21, 2016.

3      2.    The parties stipulate and agree that the above matters should be continued to the dates indicated above, and that the failure to grant such continuances would unreasonably deny the defendants continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from December 7, 2016 through February 14, 2017 for defendants Ya Huai Hung, Jie Mu, and Laurence Shu Kwan Lee, and the time from December 7, 2016 through December 21, 2016 for defendant Chonthicha Jaemratanasophin, should be excluded based upon the complexity of the case in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), and on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendants in a speedy trial and for continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: December 9, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____/s/_____
DEBORAH R. DOUGLAS
Assistant United States Attorney

_____/s/_____
ROBERT WAGGENER
Attorney for Defendant Ya Huai Hung

_____/s/_____
MARK GOLDROSEN
Attorney for Defendant Jie Mu

_____/s/_____
ALAN DRESSLER
Attorney for Defendant Laurence Shu Kwan Lee

\_\_\_\_\_/s/_____
SCOTT SUGARMAN, Esq.
Attorney for Defendant Chonthicha Jaemratanasophin

ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the above-captioned matters involving defendants Ya Huai Hung, Jie Mu, and Laurence Shu Kwan Lee shall be continued to February 14, 2017 at 2:30 p.m. for status or change of plea, and the above-captioned matter involving defendant Chonthicha Jaemratanasophin shall be continued to December 21, 2016 at 2:30 p.m. for a change of plea. IT IS FURTHER ORDERED that the time from December 7, 2016 through February 14, 2017 for defendants Ya Huai Hung, Jie Mu, and Laurence Shu Kwan Lee, and the time from December 7, 2016 through December 21, 2016 for defendant Chonthicha Jaemratanasophin, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(B)(ii), and 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) the above-captioned matters are complex based upon the nature of the prosecution; (B) failure to grant the continuances would unreasonably deny the defendants continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (C) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: December  9 , 2016

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE