|   |   |
|---|---|
| 1 | **ROBERT WAGGENER - SBN 118450** |
|   | **LAW OFFICE OF ROBERT WAGGENER** |
| 2 | **214 Duboce Avenue** |
|   | **San Francisco, CA 94102** |
| 3 | **Phone: (415) 431-4500** |
|   | **Fax: (415) 255-8631** |
| 4 | **E-Mail: rwlaw@mindspring.com** |
| 5 |   |
|   | **RICHARD G. HULLINGER - SBN 294025** |
| 6 | **LAW OFFICE OF RICHARD G. HU** |
|   | **1000 Brannan Street, Suite 488** |
| 7 | **San Francisco, CA 94103** |
|   | **Phone: (415) 575-3588** |
| 8 | **Fax: (415) 522-1506** |
|   | **E-mail: richardh@defendergroup.com** |
| 9 |   |
|   | Attorneys for Defendant |
| 10 | **YA HUAI HUNG** |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| UNITED STATES OF AMERICA, | Case No. 14-CR-527-2 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ** |
| vs. | |
| YA HUAI HUNG | |
| Defendant. | |

   The above-captioned defendant, Ya Huai Hung, by and through her attorneys of record, and the United States of America, by and through its attorney of record, hereby stipulate as follows:

   1.   The case against defendant Hung is currently calendared for February 14, 2017 at 1:30 p.m. for status or change of plea. Counsel for defendant, Robert Waggener, just completed a jury trial in front of the Honorable Phyllis J. Hamilton this Monday. The parties are still discussing and working out the specific terms of a proposed plea agreement for

Stipulation and [Proposed] Order
14-CR-527-2 RS

1  defendant Hung, which is made a little more complicated because defendant Hung does not
2  speak English. Defendant Hung is requesting a short continuance of this matter in order to
3  afford additional time to speak with defendant Hung with an interpreter, and to conduct further
4  research and investigation into defendant's sentencing exposure under the guidelines.  The
5  government has no objection to the continuance. The parties are proposing that defendant
6  Hung's case be continued to February 28, 2017 at 2:30 p.m.
7       2.    The parties stipulate and agree that the above matter should be continued to
8  February 28, 2017, and that the failure to grant such continuance would unreasonably deny the
9  defendant continuity of counsel and the reasonable time necessary for effective preparation,
10 taking into account the exercise of due diligence. The parties further stipulate and agree that the
11 time from February 14, 2017, through February 28, 2017, should be excluded based upon the
12 complexity of the case in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §
13 3161(h)(7)(B)(ii), and on the basis that the ends of justice are served by taking such action
14 which outweigh the best interest of the public and the defendant in a speedy trial and for
15 continuity of counsel and effective preparation of counsel, taking into account the exercise of
16 due diligence, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

18 DATED: February 10, 2017                BRIAN J. STRETCH
                                           United States Attorney
19
                                           _____/s/_____
20                                         DEBORAH R. DOUGLAS
                                           Assistant United States Attorney
21

22 DATED: February 10, 2017                */s/ Robert Waggener*
                                           ROBERT WAGGENER
23                                         RICHARD HULLINGER
24                                         Attorneys for Defendant
                                           YA HUAI HUNG
25

Stipulation and [Proposed] Order
14-CR-527-2 RS

## ORDER

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the above-captioned matter shall be continued to February 28, 2017 at 2:30 p.m. for status or change of plea.  IT IS FURTHER ORDERED that the time from February 14, 2017, through February 28, 2017, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that (A) the above-captioned matter is complex based upon the nature of the prosecution; (B) failure to grant the continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (C) the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

DATED: February 13, 2017

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order
14-CR-527-2 RS