**ROBERT WAGGENER - SBN 118450**
**LAW OFFICE OF ROBERT WAGGENER**
**214 Duboce Avenue**
**San Francisco, CA 94102**
**Phone: (415) 431-4500**
**Fax: (415) 255-8631**
**E-Mail: rwlaw@mindspring.com**

**RICHARD G. HULLINGER - SBN 294025**
**LAW OFFICE OF RICHARD G. HULLINGER**
**1000 Brannan Street, Suite 488**
**San Francisco, CA 94103**
**Phone: (415) 575-3588**
**Fax: (415) 522-1506**
**E-mail: richardh@defendergroup.com**

Attorneys for Defendant
**YA HUAI HUNG**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

YA HUAI HUNG,

Defendant.

Case No. 14-CR-527-2 RS

**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR A CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ**

The United States of America, by and through its attorney of record, and the above-captioned defendant Ya Huai Hung, by and through her attorneys of record, hereby stipulate as follows:

1. Defendant is a monolingual Mandarin speaker. Counsel requires additional time to discuss potential consequences of conviction and sentencing issues with defendant and interpreter. Counsel requests a short continuance from February 28, 2017, to March 7, 2017, on that basis.

2. The parties stipulate and agree that the above matter should be continued from February 28, 2017, to March 7, 2017, and that the failure to grant such continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties further stipulate and agree that the time from February 28, 2017, through March 7, 2017, should be excluded based upon the complexity of the case in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), and on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and for continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: February 22, 2017

BRIAN J. STRETCH
United States Attorney

/s/
DEBORAH R. DOUGLAS
Assistant United States Attorney

DATED: February 22, 2017

*/s/ Robert Waggener*
ROBERT WAGGENER
RICHARD HULLINGER
Attorneys for Defendant
YA HUAI HUNG

**ORDER**

Upon the parties' stipulation, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the above-captioned matter shall be continued to March 7, 2017 at 2:30 p.m. for status or change of plea. IT IS FURTHER ORDERED that the time from February 28, 2017, through March 7, 2017, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), and 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that (A) the above-captioned matter is complex based upon the nature of the prosecution; (B) failure to grant the continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (C) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: February 22 , 2017

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE